# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **VIRGINIA FOREST PRODUCTS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV00039 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **UNIWOOD OF NORTH CAROLINA, INC.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

It appearing proper, it is **ADJUDGED AND ORDERED** that the plaintiff Virginia Forest Products, LLC, have and recover judgment against the defendant Uniwood of North Carolina, Inc., in the amount of Eighty Thousand Seven Hundred and Sixty-Five Dollars and Eighty-Six Cents ($80,765.86), together with its taxable costs.

The Clerk shall administratively close the case, subject to leave to the plaintiff to seek a determination of its costs.

ENTER: March 8, 2019

/s/ James P. Jones
United States District Judge